# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE LAMPKIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LOUIS A. GAPPA, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 10-3015 |

**ORDER**

**AND NOW**, this 27th day of March, 2011, for the reasons discussed in the accompanying memorandum, it is hereby **ORDERED** that defendant Gappa Fuel's motion to dismiss, *see* dkt. 6, is hereby **GRANTED**, and Lampkin's complaint against Gappa Fuel is **DISMISSED** without prejudice as to all counts. It is further **ORDERED** that Gappa Fuel's motion to dismiss Gappa's crossclaim, see dkt. 17, is hereby **GRANTED**, and Gappa's crossclaim is **DISMISSED** without prejudice. Both Lampkin and Gappa may amend their respective pleadings no later than 20 days from the date of this order.

　　　　　　　　　　　　　　　　　　　　　　/s/ Louis H. Pollak　　
　　　　　　　　　　　　　　　　　　　　Pollak, J.

1